IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Crim. Action No. 99-62-1-JJF |
| | : Civil Action No. 04-261-JJF |
| KAMORU SALAWU, | : |
| Defendant. | : |

**MEMORANDUM ORDER**

WHEREAS, Plaintiff has filed two motions, a Motion To Recall The Mandate (D.I. 68-1) And For A Request To Withdraw Motion Under 28 U.S.C. § 2255, In Light Of Blakely, (D.I. 68-2) And Or, In The Alternative, Motion For Bail Pending Resolution Of This Case (D.I. 68-3) and a Motion For Bail/Stay Of The Petitioner's Deportation, Or Release Pending Appeals Court Decisions On Recall Of Mandate (D.I. 70);

WHEREAS, both Motions were served on the Government, but a response has not been filed;

WHEREAS, the Government also filed a Motion For Enlargement Of Time to respond to Defendant's Section 2255 Motion until the Supreme Court issued its decision in Booker and Fanfan, two cases that were pending before the Supreme Court at the time that the Court ordered the Government to answer Defendant's Section 2255 Motion;

WHEREAS, the Court granted the Government's Motion For Enlargement Of Time, and Booker and Fanfan have since been

decided by the Supreme Court, U.S. v. Booker, 125 S. Ct. 738 (2005);

NOW THEREFORE, IT IS HEREBY ORDERED this *13* day of May 2005, that the Government file a response to Defendant's pending motions and his pending Section 2255 Motion **within twenty (20) days of the date of this Order.**

          /s/ Joseph J. Farnan, Jr.
          UNITED STATES DISTRICT JUDGE