

*U.S. Department of Justice*

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*     *(302) 573-6277*
*1007 N. Orange Street, Suite 700*     *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

May 26, 2005

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 King Street
Wilmington, DE 19801

       **Re:**     **United States v. Kamoru Salawu**
                   **Criminal Action No. 99-62-1-JJF**
                   **Civil Case No. 04-261-JJF**

Dear Judge Farnan:

       In its memorandum submitted in response to the defendant's motion pursuant to 28 U.S.C. § 2255, the United States argued that the rule of law announced in *United States v. Booker*, 125 S.Ct. 738 (2005), does not apply retroactively to cases on collateral review. After submitting its response, the United States learned that on May 17, 2005, the Third Circuit definitively held just that. *Lloyd v. United States*, 2005 WL 1155220 (3d Cir. 2005). We respectfully apologize for omitting a reference to *Lloyd* in our original submission.

                                           Respectfully submitted,

                                           COLM F. CONNOLLY
                                           United States Attorney

                     BY:       /s/
                                             Beth Moskow-Schnoll
                                             Assistant United States Attorney

cc: Kamoru Salawu