IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
UNITED STATES OF AMERICA,         :
                                  :
          Plaintiff,              :
                                  :
     v.                           : Crim. Action No. 99-62-1-JJF
                                  : Civil Action No. 04-261-JJF
KAMORU SALAWU,                    :
                                  :
          Defendant.              :
                                  :
```

## O R D E R

At Wilmington, this [?] day of June 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1.     Defendant's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside Or Correct Sentence By A Person In Federal Custody (D.I. 62) is **DISMISSED** and the relief requested therein is **DENIED**.

2.     Defendant' Motion To Recall The Mandate (D.I. 68-1) And For A Request To Withdraw Motion Under 28 U.S.C. § 2255, In Light Of Blakely, (D.I. 68-2) is **DENIED**.

3.     Defendant's Motions For Bail Pending Resolution Of This Case (D.I. 68-3; 70-1) are **DENIED AS MOOT**.  To the extent Defendant's Motion (70-1) seeks bail pending resolution of the Third Circuit's decision on his motion to recall the mandate, his motion is **DENIED**.

4.     The Government shall file a response to Defendant's Motion For Stay Pending Deportation (D.I. 70-2) **within ten (10)**

**days** of the date of this Order.

    5.    Because the Court finds that Defendant has not made "a substantial showing of the denial of a constitutional right" under 28 U.S.C. § 2253(c)(2), a certificate of appealability is **DENIED**.

                                                      _____

                                                   UNITED STATES DISTRICT JUDGE