IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Crim. Action No. 99-62-1-JJF |
| | : Civil Action No. 04-261-JJF |
| KAMORU SALAWU, | : |
| Defendant. | : |

### O R D E R

WHEREAS, Defendant has filed a Motion For Stay Of Deportation (D.I. 70);

WHEREAS, in response to the Court's Order, the Government has filed a Response (D.I. 76) providing the Court with the status of Defendant insofar as his deportation is concerned;

WHEREAS, the Bureau of Immigration and Customs Enforcement ("ICE") has lodged a detainer against Defendant, but deportation proceedings have not yet begun, and therefore Defendant's motion for stay of deportation is premature;

WHEREAS, to the extent that Defendant seeks a stay of deportation pending resolution of his Motion To Recall The Mandate by the Third Circuit, the Court notes that the Third Circuit has denied his request; and therefore his motion is also denied as moot;

NOW THEREFORE, IT IS HEREBY ORDERED this 8 day of July 2005 that Defendant's Motion For Stay Of Deportation is **DENIED AS MOOT** to the extent it seeks a stay of deportation pending

resolution of his Motion To Recall the Mandate and **DENIED** to the extent it otherwise seeks a stay of deportation.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE